526 A.2d 358

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Theodore H. HEILIG, Jr.**

Supreme Court of Pennsylvania.

Argued May 13, 1987.

Decided June 1, 1987.

John E. Feather, Jr., Asst. Dist. Atty., for appellant.

Malcolm L. Lazin, Don P. Foster, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, McDERMOTT and HUTCHINSON, JJ., dissent.